UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JANICE LYNN MONTGOMERY,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHELLE KING, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No. 5:24-cv-01088-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 20), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $6,000.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: ___January 28, 2025___

　　　　　　　　　　　　　　　　　　　　／s／ John D. Early
　　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge